# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 6:24-mj-1015-DCI**

**JAMES WARREN FINNISTER**

AUSA: Adam Nate

Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 10, 2024**<br>1:32 P.M. – 1:45 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 13 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson-Larrame |

### CLERK'S MINUTES
### INITIAL APPEARANCE ON COMPLAINT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Government advises of the charge and potential penalties in the complaint.
Court inquires of the defendant – No issue as to competency.
Government ore tenus motion for release.
Defendant waives preliminary examination.
Motion for release granted. Order setting conditions of release to be entered.
Court adjourned.